USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DON ALAN MCLAUGHLIN,
                    Plaintiff,

13 **CIVIL** 807 (NSR)(PED)

-against-

**JUDGMENT**

DITTER A BARON, et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2020, the second amended complaint is DISMISSED for failure to comply with discovery orders and for Plaintiff's failure to appear for deposition; accordingly, the case is closed.

**Dated:** New York, New York

       January 10, 2020

                                             **RUBY J. KRAJICK**

                                             **Clerk of Court**

        **BY:** _____
                                              **Deputy Clerk**